On motion to withdraw as counsel for appellant filed June 14, motion to withdraw as counsel denied November 2, 1983

## STATE OF OREGON,
*Respondent,*

*v.*

## DOUGLAS ALLEN HOWELL,
*Appellant.*

(MC83-39; *MC83-38; A28096; *A28030 (Control))
(Cases Consolidated)

670 P2d 1072

Michael R. Lehman, Coos Bay, appeared for motion.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM

## PER CURIAM

In this criminal case, the motion by counsel for the indigent defendant to withdraw is denied until he can inform us that defendant has been advised of his withdrawal. *See State v. Horine,* 64 Or App 532, 669 P2d 797 (1983).

Motion to withdraw as counsel denied.